


# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
Plaintiff

VS.

Carlos Sanchez
~~Luis Orquas, et al~~
Defendant

CASE NUMBER: CR: 11-20483-CR-MARTINEZ (SEALED)

REPORT COMMENCING CRIMINAL ACTION

97088-004
USMS NUMBER

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS.  INFORMATION THAT IS NOT APPLICALBE, MARK  N/A

(1) DATE AND TIME OF ARREST: _____ A.M. _____ P.M. _____

(2) LANGUAGE SPOKEN: _____

(3) OFFENSE CHARGED: 18 USC 1349, 18 USC 1343  CONSPIRACY TO COMMIT WIRE/BANK WIRE FRAUD

(4) DATE OF BIRTH: 09/08/70

(5) TYPE OF CHARGING DOCUMENT:    (CHECK ONE)
  {✓} INDICTMENT        { } COMPLAINT TO BE FILED/ALREADY FILED
  { } BENCH WARRANT FOR FAILURE TO APPEAR
  { } PROBATION VIOLATION WARRANT
  { } PAROLE VIOLATION WARRANT
  ORIGINAL DISTRICT: _____

(6) REMARKS: _____

(7) DATE: _____    (8) ARRESTING OFFICER: Eduardo Pasto

(9) AGENCY: USSS    (10) PHONE: 305/863-5000

(11) COMMENTS: _____